**1 So.2d 39**

### Ex parte F. M. GAINES.

4 Div. 148.

Supreme Court of Alabama.

Feb. 15, 1941.

E. C. Boswell, of Geneva, and J. Hubert Farmer, of Dothan, for appellant.

Jas. W. Aird, of Birmingham, for appellee.

BOULDIN, Justice.

Upon full consideration of the legal evidence taken in due course of proceedings by and before the Board of Commissioners of the State Bar, we find the appellant, F. M. Gaines, guilty of misconduct as charged, such as to render him unfit to further engage in the practice of law in Alabama.

The judgment of disbarment pronounced by the Board of Commissioners of the State Bar is, therefore, affirmed. An order will be entered in this court revoking his license, and disbarring him from the further practice of law in this State.

Affirmed.

All the Justices concur except KNIGHT, J., not sitting.

**1 So.2d 922**

### Stanley Lee GARDNER v. Levi GARDNER.

6 Div. 789.

Supreme Court of Alabama.

April 22, 1941

H. E. Mitchell, of Cullman, for appellant.

Herman Stewart, of Cullman, for appellee.

PER CURIAM.

Appeal dismissed on motion of appellant.

**1 So.2d 922**

### Hyman GINSBERG v. UNION CENTRAL LIFE INSURANCE CO.

6 Div. 753.

Supreme Court of Alabama.

April 17, 1941.

Morris K. Sirote, of Birmingham, for appellant.

Leader, Hill & Tenenbaum, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

**2 So.2d 924**

### Bill GRISSOM v. STATE.

8 Div. 111.

Supreme Court of Alabama.

April 17, 1941.

Rehearing Denied May 22, 1941.

H. H. Hamilton, of Russellville, for petitioner.

Thos. S. Lawson, Atty. Gen., opposed.

THOMAS, Justice.

This is a petition for certiorari to review and revise the opinion and judgment of the Court of Appeals in Bill Grissom v. State (8 Div. 116), 2 So.2d 926.

On the authority of Bowles v. State (8 Div. 104), ante, p. 142, 1 So.2d 665 the petition for writ of certiorari is denied.

Writ denied.

GARDNER, C. J., and BROWN and FOSTER, JJ., concur.